UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY GALLARZO, | ) | No. CV 18-7444-AG (AGR) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| J. ROBERTSON, Warden | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Opinion and Order on Second or Successive Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: September 16, 2018

_____
ANDREW J. GUILFORD
United States District Judge